COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:            01-18-00231-CV

Style:                  Amerjin Co., LLC, Amerjin Energy, LLC, and Xi "Peter" Zhu v. Ashby LLP

Date motion filed[*]:      April 15, 2020

Type of motion:         Unopposed motion for extension of time to file motion for rehearing

Party filing motion:       Appellants

Document to be filed:     Appellants

Is appeal accelerated?

If motion to extend time:
       Original due date:                    April 15, 2020
       Number of previous extensions granted:   0           Current Due date: April 15, 2020
       Date Requested:                  May 15, 2020

Ordered that motion is:

     ☑   Granted

          If document is to be filed, document due: May 15, 2020

     ☐   Denied

     ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐   Other: _____

Judge's signature:     ___/s/ Julie Countiss_____
                      ☑ Acting individually     ☐ Acting for the Court

Panel consists of     _____

Date:   __April 21, 2020_____